UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| U.S. RIGHT TO KNOW, |
| Plaintiffs, |
| v. |
| U.S. DEPARTMENT OF STATE, |
| Defendant. |

Civil Action No. 22-1130 (JMC)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court please enter the appearance of Assistant United States Attorney Michael Yohannan and remove the appearance of former Assistant United States Attorney Stephanie R. Johnson as counsel for the Defendant in the above-captioned case.

Dated: July 15, 2026
        Washington, D.C.

Respectfully submitted,

 */s/ Michael Yohannan*
MICHAEL YOHANNAN
Pennsylvania Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Phone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*