UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S. RIGHT TO KNOW,

PLAINTIFF,

V.

U.S. DEPARTMENT OF STATE,

DEFENDANT.

CIVIL ACTION NO.: 22-1130 (JMC)

# JOINT STATUS REPORT

Defendant U.S. Department of State ("Defendant" or "State Department") and Plaintiff U.S. Right to Know ("Plaintiff"), through undersigned counsel, hereby submit this joint status report advising the Court of the status of Defendant's response to Plaintiff's FOIA request.

## BACKGROUND

1. This matter involves a single records request submitted by Plaintiff to the State Department on February 11, 2022 pursuant to the Freedom of Information Act ("FOIA"). 5 U.S.C. § 552.

2. As noted in the prior status reports, Plaintiff agreed to prioritize the processing of records of two custodians, Laura Gross and Andreea Paulopol, which Plaintiff believed would allow the parties to explore whether the Plaintiff remains interested in the remaining records and would also allow the parties to better understand the amount of duplication in the records themselves. Plaintiff also agreed to the extent the records contain "forwards" of publicly available news stories or media clippings with no substantive comment or edits. Plaintiff would be willing to state that such "clippings" or "forwards" are non-responsive to its FOIA request.

**STATUS AND PRODUCTION SCHEDULE**

3. On January 22, 2026, Plaintiff agreed that in the event the State Department has produced records to Plaintiff in a separate case, the State Department need not produce those same records in this case. Therefore, the State Department will consider such records duplicates.

4. Since the last report, the State Department made interim responses on June 9, July 21, and September 1, 2026. The State Department anticipates making the next release by, on, or around October 13, 2026. The State Department has agreed to process at least 450 pages every six weeks and will continue to release records every six weeks, to the extent that records have been cleared.

5. The State Department has processed 712 records amounting to 25,273 pages. Currently, the State Department is continuing to review approximately 58 potentially responsive prioritized records. There are 257 potentially responsive records that remain to be processed in total, absent further narrowing. As previously reported, the State Department advised that narrowing is necessary and has requested that Plaintiff agree to narrow the scope of the search to the previously prioritized records of Gross and Paulopol, if Plaintiff remains interested in the requested material. Plaintiff does not agree that narrowing is necessary.

**PROPOSED NEXT STEPS**

6. The parties will continue to cooperatively work together and confer regarding narrowing and prioritization of potentially responsive records for review.

7. To that end, as instructed by this Court's October 7, 2026, Minute Order, the parties will "file joint status reports every 90 days thereafter." The parties' next status report is due on January 6, 2027.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Matthew Hardin*
Matthew Hardin, D.C. Bar 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
Matt@MatthewHardin.com

*ATTORNEY FOR PLAINTIFF*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar # 307575
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*ATTORNEYS FOR THE UNITED STATES OF AMERICA*